# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>  vs.<br><br>DOLORES LOVIN (5); MARY ARONSON (6); RICHARD EDWARD KOCH (11); PHILIP JAMES BIDWELL (12); JEFFREY A. LIGHT (14); TRACY O'NEAL TYLER (15); PETER P. BRAGANSA (16),<br><br>                           Defendants. | CASE NO. 07cr2016-IEG<br><br>Supplemental Order Regarding Proposed Juror Questionnaire |

Upon further review of the proposed juror questionnaire the parties have jointly provided to the Court, which is attached to the Court's January 12, 2010 Order, the Court further declines to allow question no. 47, regarding whether the prospective juror believes a person accused of a serious crime must prove innocence, because this subject matter is more properly addressed during attorney-conducted voir dire. Counsel for Defendant Koch should make this additional change to the proposed juror questionnaire and email the revised document in Adobe pdf format to Chief Judge Gonzalez's chambers forthwith.

     **IT IS SO ORDERED**.

**DATED: January 19, 2010**

                                                      **IRMA E. GONZALEZ, Chief Judge**
                                                      **United States District Court**